AO-10.
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Gettleman, Robert W | 2. Court or Organization U. S. District, N.D. Illinois | 3. Date of Report 5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge (active) | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 219 S. Dearborn St Chambers 1788 Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED
2005 MAY 20 A 10: 24
FINANCIAL
DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Bolar & Co., Evanston, IL (Passive investments ▮▮▮▮▮ in limited partnerships & securities (listed in Part VII). (Cont. in Part VIII) |
| 2. | General Partner: ▮▮▮▮ (Cont. in Part VIII) |
| 3. | General Partner, DP Partners (general passive investment partnership that owns condominium units in Philadelphia; ▮▮▮▮▮ Cont. in Part VIII) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | Northwestern University School of Law; taught courses | 4000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income)

| | DATE | SOURCE AND TYPE | |
| --- | --- | --- | --- |
| 1. | 2004 | LCSW, Private Social Work Practive | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | American Bar Association, Section of Litigation | June 17- 19, 2004, Santa Fe, New Mexico, (Transportation, meals and room) |
| 2. | American Bar Association, Section of Litigation | October 21 - 24, 2004, Seattle, Washington, (Transportation, meals and room) |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. D'Ancona 222 Associates (Limited Partnership) | A | Dividend | J | U | | | | | |
| 2. KeyBonus Deferred Annuity | C | Interest | L | T | | | | | |
| 3. Citibank (Chicago) | A | Interest | J | T | | | | | |
| 4. ▮▮▮▮nvestments (Real Estate) | | None | J | U | | | | | |
| 5. Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 6. Canadian So. Pet. (Common) | A | None | J | T | | | | | |
| 7. MS Natural Resourses | A | Dividend | K | T | | | | | |
| 8. DP Partners | A | Dividend | | | | | | | |
| 9. Morgan Stanley Active Assets Money Trust | C | Interest | L | T | | | | | |
| 10. Compania De Minas Buenaventura | A | Dividend | J | T | | | | | |
| 11. Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | | | |
| 12. American Superconductor | A | Dividend | J | T | | | | | |
| 13. Regional Trans Auth. Ill. (Bond) | A | Interest | J | T | | | | | |
| 14. Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | | | | | |
| 15. Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 16. Honeywell International Inc | A | Dividend | J | T | | | | | |
| 17. Newmont Mining | A | Dividend | J | T | | | | | |
| 18. Catellus Dev. Corp. | A | Dividend | | | sell | 4/12 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,901-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,00-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gettleman, Robert W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Tenet Healthcare Corp | A | Dividend | J | T | buy | 4/12 | J | | |
| 20. *Items 21 through 53 are Bolar investments. | | | | | | | | | |
| 21. Bravo Restaurants, Inc. | | None | K | W | | | | | |
| 22. Naperville Washington Venture | | None | M | U | | | | | |
| 23. D'Ancona Citation Associates | C | Dividend | K | U | | | | | |
| 24. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley Active Asset Trust | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley Dev. Growth Fund | A | Dividend | J | T | | | | | |
| 27. Morgan Stanley Div. Growth Fund | A | Dividend/Cap | J | T | | | | | |
| 28. Wal Mart De Mex | A | Dividend | | | sell | 1/29 | J | A | |
| 29. Abbott Labs | A | Dividend | | | sell | 11/9 | J | A | |
| 30. Price Legacy Corp. | A | Dividend | | | sell | 2/24 | J | A | |
| 31. American Superconductor | A | Dividend | J | T | partial sell | 1/29 | J | | |
| 32. Microvision | A | Dividend | J | T | | | | | |
| 33. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 34. MS Aggressive Equity Fund B | A | Dividend | | | sell | 1/30 | J | A | |
| 35. Goodyear Tire & Rubber | A | Dividend | J | T | buy | 12/13 | J | | |
| 36. Agilent Technologies | A | Dividend | | | sell | 1/29 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Barrick Gold Corp. | A | Dividend | J | T | | | | | |
| 38. Gold Corp | A | Dividend | J | T | | | | | |
| 39. New Park Res NEW | A | Dividend | | | sell | 11/15 | J | A | |
| 40. Placer Dome Inc. | A | Dividend | | | sell | 4/14 | J | A | |
| 41. Tejon Ranch Co. | A | Dividend | | | sell | 1/29 | J | A | |
| 42. Serivce Corp | A | Dividend | J | A | partial sell | 1/29 | J | | |
| 43. Service Corp | A | Dividend | | | sell | 8/12 | J | A | |
| 44. Stewart Enterprises A | A | Dividend | J | T | partial sell | 1/29 | J | | |
| 45. Cameco Corp | A | Dividend | J | T | buy | 9/2 | J | | |
| 46. Capstone Turbine Corp | A | Dividend | J | T | buy | 10/26 | J | | |
| 47. Crystallex Intl Corp | A | Dividend | J | T | buy | 12/20 | J | | |
| 48. Freescale Semi Inc CLA | A | Dividend | J | T | buy | 12/15 | J | | |
| 49. Headwaters Inc. | A | Dividend | J | T | buy | 11/11 | J | | |
| 50. Hornbeck Offshore Services, Inc. | A | Dividend | J | T | buy | 6/2 | J | | |
| 51. Isis Pharm Inc. | A | Dividend | J | T | buy | 12/1 | J | | |
| 52. Krispy Kreme Doughnuts Corp. | A | Dividend | J | T | buy | 12/20 | J | | |
| 53. Western Silver Corp. | A | Dividend | J | T | buy | 8/31 | J | | |
| 54. Start of IRA American Mutual Fund | C | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,000-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Putnam Health Science Trust | A | Dividend | J | T | | | | | |
| 74. Sacramento Cnty Calif Go Pens FDG-A Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |
| 75. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 76. UNISYS Corp | A | Dividend | | | sell | 1/28 | J | A | |
| 77. Barrick Gold Corp | A | Dividend | J | T | partial sell | 1/15 | J | | |
| 78. Barrick Gold Corp | A | Dividend | J | T | buy | 2/11 | J | | |
| 79. Gold Corp | A | Dividend | J | T | partial sell | 1/15 | J | | |
| 80. Newmont Mining Corp | A | Dividend | J | T | partial sell | 1/15 | J | | |
| 81. Newmont Mining Cor | A | Dividend | J | T | buy | 11/16 | J | | |
| 82. Placer Dome, Inc. | A | Dividend | J | T | partial sell | 1/15 | J | | |
| 83. Placer Dome, Inc. | A | Dividend | J | T | buy | 10/20 | J | | |
| 84. Teck Corp Class B | A | Dividend | | | sell | 5/3 | J | A | |
| 85. Schering Plough | A | Dividend | J | T | buy | 6/23 | J | | |
| 86. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 87. Bunge Ltd | A | Dividend | J | T | | | | | |
| 88. Coeur D. Alene Mns Cp | A | Dividend | J | T | partial sell | 3/10 | J | | |
| 89. Coeur D. Alene Mns Cp | A | Dividend | J | T | partial sell | 3/22 | J | | |
| 90. Coeur D. Alene Mns Cp | A | Dividend | | | sell | 4/21 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,901-$6,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $6,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gettleman, Robert W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Electr Data Systems Corp New | A | Dividend | J | T | buy | 11/16 | J | | |
| 110. Fed Natl Mtg Assn Set-Up 08/11/07 06.00 | A | Dividend | J | T | buy | 7/13 | J | | |
| 111. Fluor Corp New | A | Dividend | J | T | buy | 2/11 | J | | |
| 112. Fremont Investment & Loan Anaheim CA CD | A | Dividend | J | T | buy | 8/9 | J | | |
| 113. Global Santa Fe Corp | A | Dividend | J | T | buy | 2/11 | J | | |
| 114. Hornbeck Offshore Svcs Inc. | A | Dividend | J | T | buy | 4/27 | J | | |
| 115. Hornbeck Offshore Svcs Inc. | A | Dividend | J | T | buy | 6/10 | J | | |
| 116. Intl Bk for Recon & Dev | A | Dividend | J | T | buy | 3/1 | J | | |
| 117. Matrix Capital Bank Denver, CO CD | A | Dividend | J | T | buy | 10/11 | J | | |
| 118. Merck & Co | A | Dividend | J | T | buy | 10/12 | J | | |
| 119. Novartis AG ADR | A | Dividend | J | T | b y | 3/1 | J | | |
| 120. Raytheon Co (New) | A | Dividend | J | T | buy | 6/17 | J | | |
| 121. Weatherford Intl Inc. Bermuda | A | Dividend | J | T | buy | 4/12 | J | | |
| 122. Western Silver Corp | A | Dividend | J | T | buy | 10/20 | J | | |
| 123. XM Satellite Radio Hldg CL A | A | Dividend | J | T | buy | 10/26 | J | | |
| 124. XM Satellite Radio Hldg CL A | A | Dividend | J | T | buy | 11/3 | J | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$6,000,000   H2 = More than $5,000,000

2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part II Agreements.

No. 1 :  We each ████████ of the partnership which owns passive limited partnership interest and a Morgan Stanley Active Assets account.  Current value of Bolar & Co. is no more than $250,000.

No. 2:  of one limited partnership interest).

No. 3: ████████ and have no role in management).